UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80051-CIV-HURLEY/HOPKINS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, and STATE FARM
FIRE & CASUALTY COMPANY,

    Plaintiffs,

vs.

JEFFERY KUGLER, M.D, JANE BISTLINE, M.D.,
and HELDO GOMEZ, M.D.,

JEFFREY L. KUGLER, M.D., P.A. n/k/a
NATIONAL ORTHOPEDICS AND NEUROSURGERY, P.A.,
JANE E. BISTLINE, M.D., P.A., HELDO GOMEZ, M.D., P.A.,
and NORTH PALM NEUROSURGERY, P.L.,

2047 PALM BEACH LAKES PARTNERS, LLC,
a/k/a Palm Beach Lakes Surgery Center,

GARY CARROLL, MARK IZYDORE, and PALM
BEACH PRACTICE MANAGEMENT, INC., and

JONATHAN CUTLER, M.D.,

    Defendants.

_____/

**DEFENDANTS' KUGLER AND NATIONAL ORTHOPEDICS' NOTICE OF
SUPPLEMENTAL AUTHORITY**

    Defendants JEFFREY KUGLER, M.D. and NATIONAL ORTHOPEDICS AND

NEUROSURGERY, P.A. hereby submit this notice of supplemental authority concerning the

Eleventh Circuit's recent RICO decision in *Ironworkers Local Union 68 et al v AstraZeneca

Pharmaceuticals, L.P. et al.*, No. 08-16851 (11th Cir. March 11, 2011). A copy of the decision is

attached as Exhibit A.

Dated: March 18, 2011

        Respectfully submitted,

        /s/ Robert W. Wilkins
Robert W. Wilkins
Florida Bar No. 578721
Email: rwilkins@jones-foster.com
Cristopher S. Rapp
Florida Bar No. 0863211
Email: csrapp@jones-foster.com
JONES, FOSTER, JOHNSTON & STUBBS, P.A.
505 South Flagler Drive, Suite 1100
West Palm Beach, FL 33401
Telephone: (561) 659-3000
Facsimile: (561) 650-0412

*Attorneys for Defendants, Kugler and National Orthopedics*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 17, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorize manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    JONES, FOSTER, JOHNSTON & STUBBS, P.A.
By:  /s/ Robert W. Wilkins
      Fla. Bar No. 578721
      rwilkins@jones-foster.com

P:\DOCS\25551\00004\PLD\1AC7052.DOC

SERVICE LIST

| | |
|---|---|
| David I. Spector<br>Scott W. Atherton<br>Akerman Senterfitt<br>222 Lakeview Avenue<br>Suite 400<br>West Palm Beach, FL 33401<br>561-653-5000<br>Fax: 659-6313<br>Email: david.spector@akerman.com<br>Email: scott.atherson@akerman.com<br>*Attorneys for Plaintiffs* | Anthony Conrad Vitale<br>The Health Law Office of Anthony C. Vitale, P.A.<br>2333 Brickelle Avenue<br>Suite A-1<br>Miami, FL 33129<br>305-358-4500<br>Fax: 305-358-5113<br>Email: avitale@vitalehealthlaw.com<br>*Attorneys for Jane Bistline, MD and Jane E. Bistline, M.D., P.A.* |
| Ross O. Silverman<br>Charles Chejfec<br>John W. Reale<br>Emily J. Prentice<br>Katten Muchin Rosenman LLP<br>525 West Monroe Street<br>Chicago, IL 609661-3693<br>312-902-5200<br>Fax: 312-902-1061<br>Email: ross.silverman@kattenlaw.com<br>Email: charles.chejfec@kattenlaw.com<br>Email: john.reale@kattenlaw.com<br>Email: emily.prentice@kattenlaw.com<br>*Attorneys for Plaintiffs* | William Leon Richey<br>Catherine Shannon Christie<br>2 South Biscayne Boulevard<br>One Biscayne Tower – 34th Floor<br>Miami, FL 3131<br>305-372-8808<br>Fax: 305-372-3669<br>Email: wlr@richeylaw.com<br>Email: csc@richeylaw.com<br>*Attorneys for Heldo Gomez, M.D., Heldo Gomez, M.D., P.A. and N.P. Neurosurgery* |
| Robert Nicholson<br>Parker D. Eastin<br>Nicholson Law Group<br>200 S Andrews Avenue<br>Suite 100<br>Fort Lauderdale, FL 33301<br>954-351-7474<br>Fax: 954-351-7475<br>Email: Robert@nicholsonlawgroup.com<br>Email: parker@nicholsonlawgroup.com<br>*Attorneys for 2047 Palm Beach Lakes Partners, LLC and Jonathan Cutler, MD* | Bruce David Green<br>1313 S Andrews Avenue<br>Fort Lauderdale, FL 33316<br>954-522-8554<br>Fax: 522-8555<br>Email: bgreen@bdgreepa.com<br>*Attorneys for Gary Carroll, Mark Izydore and Palm Beach Practice Management* |
| | |

3

|  |  |
|---|---|